IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOUIS REED, JR.,

Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2504

Opinion filed August 18, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Louis Reed, Jr., pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Sheron Wells, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.